# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 70 EM 2015
                                        :
           Respondent        :
                                        :
                                        :
                                        :
         v.              :
                                        :
                                        :
                                        :
IVES ARTIS,                             :
                                        :
           Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.